UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIYANA DASHIELDS et al.,

                  Plaintiffs,

    v.

NATIONAL RAILROAD PASSENGER
CORPORATION et al.,

                  Defendants.

CASE NO. **2:26-cv-02177-LK**

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 24th day of June, 2026.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1